# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **VICTORIA LYNN BURNETT,** | : | |
| **Plaintiff,** | : | Case No. 2:13-CV-757 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **COMMISSIONER OF SOCIAL SECURITY** | : | Magistrate Judge Kemp |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 9). On January 6, 2014, the Magistrate Judge issued the Report and Recommendation, recommending that this case be dismissed under Fed. R. Civ. P. 4(m) for failure to make timely service of the summons and complaint on the defendant. The parties were specifically advised of their right to object to this Report and Recommendation, and of the consequences of their failure to do so. (Doc. 9 at 2-3). The parties have failed to respond. The deadline for objections lapsed on January 20, 2014.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, this action is **DISMISSED**. The Clerk shall enter final judgment.

**IT IS SO ORDERED.**

                                             s/ Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT JUDGE**

**DATED: April 22, 2014**